# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,              )<br>                                              )<br>         Plaintiff,                      )<br>                                              )<br>v.                                          )<br>                                              )<br>MORALITY, INC., JOSHUA CACHO, )<br>VERITAS LEGAL PLAN, INC.,        )<br>ANGELO ANZALONE, AB SOLUTION )<br>PROCESSING, LLC d/b/a GUARDIAN )<br>LEGAL PROCESSING, MARTHA       )<br>RODRIGUEZ, LIFECARE, INC.,       )<br>CONSOLIDATION CAPITAL, LLC, and )<br>JOHN DOES 1-4                          )<br>                                              )<br>         Defendants.                 )<br>_____) | Case No. EP-21-CV-0207DCG |

**NOTICE IS HEREBY GIVEN** that Plaintiff Brandon Callier ("Plaintiff") and Defendants VERITAS LEGAL PLAN, INC., ANGELO ANZALONE, AB SOLUTION PROCESSING, LLC d/b/a GUARDIAN LEGAL PROCESSING, MARTHA RODRIGUEZ ("Defendants") have reached a settlement in the above-captioned action. The parties expect to file a Joint Stipulation of Dismissal once the settlement documents have been exchanged and executed. Therefore, Defendants respectfully request forty-five (45) days in order to complete settlement documents and notify this honorable Court of dismissal.

Dated: March 28, 2022                    Respectfully Submitted:
                                                       /*s/ Jeffrey Lohman*
                                                       Jeffrey Lohman, Esq.
                                                       The Law Offices of Jeffrey Lohman, P.C.
                                                       28544 Old Town Front Street Suite 201
                                                       Temecula, CA 92590
                                                       P. (866) 329-9217 F. (512) 369-3535
                                                       jeffl@jlohman.com

## CERTIFICATE OF SERVICE

        The undersigned certifies that the foregoing was served on all parties and counsel of record via the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure on March 28, 2022.

        */s/ Jeffrey Lohman*
        Jeffrey Lohman