UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER | § § § | |
| *Plaintiff*, | § | |
| v. | § § | |
| MORALITY INC., JOSHUA CACHO, VERITAS LEGAL PLAN, INC., ANGELO ANZALONE, AB SOLUTION PROCESSING, LLC d/b/a GUARDIAN LEGAL PROCESSING, MARTHA RODRIGUEZ, LIFECARE, INC., CONSOLIDATION CAPITAL, LLC, and JOHN DOES 1–4, | § § § § § § § § § § | EP-21-CV-00207-DCG |
| *Defendants*. | § | |

## ORDER

Before the Court is Defendants Veritas Legal Plan, Inc., Angelo Anzalone, AB Solution Processing, LLC *d/b/a* Guardian Legal Processing, and Martha Rodriguez's Notice of Settlement (ECF No. 46). Defendants request 45 days to complete settlement documents and prepare dismissal papers. The Court GRANTS that request.

Accordingly, **IT IS ORDERED** that the Parties **SHALL FILE** dismissal papers by **May 13, 2022**. If the Parties require additional time to complete settlement documents and prepare dismissal papers, the Parties **SHALL FILE** a request for additional time by the same date.

**So ORDERED and SIGNED this 1st day of April 2022.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE