FILED
May 23, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Michael Trujillo____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>Plaintiff,<br><br>v.<br><br>VERITAS LEGAL PLAN, INC., ANGELO ANZALONE, AB SOLUTION PROCESSING, LLC d/b/a GUARDIAN LEGAL PROCESSING MARTHA RODRIGUEZ, CONSOLIDATION CAPITAL, LLC and JOHN DOES 1-4<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   EP-21-CV-00207-DCG-ATB |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE DEFENDANTS VERITAS LEGAL PLAN, INC., ANGELO ANZALONE, AB SOLUTION PROCESSING, LLC d/b/a GUARDIAN LEGAL PROCESSING, MARTHA RODRIGUEZ, CONSOLIDATION CAPITAL, LLC and JOHN DOES 1-4**

COMES NOW Plaintiff Brandon Callier, in his individual capacity, and moves to dismiss Defendants Veritas Legal Plan, Inc. ("Veritas"), Angelo Anzalone ("Anzalone"), AB Solution Processing, LLC d/b/a Guardian Legal Processing ("Guardian"), Marth Rodriguez ("Rodriguez"), Consolidation Capital LLC ("Consolidation") and John Does 1-4 with prejudice. Plaintiff and Defendants Veritas, Anzalone, Guardian, Rodriguez, Consolidation, and John Does 1-4 have resolved their case.

May 23, 2022

Respectfully submitted,

*Brandon Callier*

Brandon Callier
6336 Franklin Trail
El Paso, TX 79912
Callier74@gmail.com

**CERTIFICATE OF SERVICE**

      I certify that on May 23, 2022, the foregoing document was electronically submitted to the clerk of the court for the Western District of Texas, using the electronic case filing system of the Court. I certify that I have served all counsel of record via electronic mail a copy of the foregoing.

May 23, 2022　　　　　　　　　　　　　　Respectfully submitted,

*Brandon Callier*

Brandon Callier
6336 Franklin Trail
El Paso, TX 79912
Callier74@gmail.com