UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER | § § § | |
| *Plaintiff*, | § | |
| v. | § § | |
| MORALITY INC., JOSHUA CACHO, VERITAS LEGAL PLAN, INC., ANGELO ANZALONE, AB SOLUTION PROCESSING, LLC d/b/a GUARDIAN LEGAL PROCESSING, MARTHA RODRIGUEZ, LIFECARE, INC., CONSOLIDATION CAPITAL, LLC, and JOHN DOES 1–4, | § § § § § § § § § § | EP-21-CV-00207-DCG |
| *Defendants*. | § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Brandon Callier's "Motion to Dismiss with Prejudice" (ECF No. 51). Plaintiff seeks dismissal of all remaining Defendants in this case. In view thereof, the Court enters the following orders:

**IT IS ORDERED** that all of Plaintiff Brandon Callier's claims against Defendants Veritas Legal Plan, Inc., Angelo Anzalone, AB Solution Processing, LLC *d/b/a* Guardian Legal Processing, Martha Rodriguez, Consolidation Capital LLC, and John Does 1–4 in this matter are **DISMISSED WITH PREJUDICE**.

**IT IS THEREFORE ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this 26th day of May 2022.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE